# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTOPHER BEAN,<br>　　　　　Petitioner,<br>　　v.<br>DERAL ADAMS, Warden,<br>　　　　　Respondent. | Case No. CV 09-9216 GHK (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: October 20, 2011

_____
HON. GEORGE H. KING
UNITED STATES DISTRICT JUDGE

1